UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGAPITO ACOSTA,

                Petitioner,

-against-

PAUL ARTETA, in his official capacity as Sheriff of Orange County, New York and Warden of the Orange County Correctional Facility, et al.,

                Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/26

1:25-cv-9916 (MKV)

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

On November 26, 2025, Petitioner, through counsel, filed a petition for a writ of habeas corpus [ECF No. 1 (the "Petition")]. The parties thereafter filed a joint proposed briefing schedule, which allowed Respondents until December 22, 2025 to oppose the Petition and allowed Petitioner until January 5, 2026 to reply [ECF No. 6]. The Court endorsed the proposal, and the parties filed their submissions in accordance with that briefing schedule [ECF Nos. 6, 7].

The Court has been carefully reviewing the parties' submissions, researching points of law, and drafting a detailed opinion as promptly as is feasible. However, according to the Declaration of Supervisory Detention and Deportation Officer John Carey, Petitioner's case in Immigration Court is "set for an individual merits hearing" today, January 15, 2026 [ECF No. 9 ¶ 22]. While neither side addresses this issue in the briefs, the outcome of such a hearing could materially impact the issues in this case. Accordingly, IT IS HEREBY ORDERED that the parties shall file a joint letter by noon on January 20, 2026 informing the Court whether the merits hearing in Immigration Court occurred and, if so, any result of that hearing.

**SO ORDERED.**

**Date: January 15, 2026**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1