**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
AGAPITO ACOSTA,

                                    Petitioner,                              25 **CIVIL** 9916 (MKV)

          -against-                                                          **JUDGMENT**

PAUL ARTETA, in his official capacity as Sheriff
of Orange County, New York and Warden of the
Orange County Correctional Facility, et al.,

                                    Respondents.
-------------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated February 2, 2026, the Petition is DENIED;

accordingly, the case is closed.

**DATED:**  New York, New York
                February 4, 2026


                                                          **TAMMI M. HELLWIG**
                                                    _____
                                                          **Clerk of Court**

                                    **BY:**          K. mango
                                                    _____
                                                          **Deputy Clerk**